UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Michigan Medical Group. P.C.[1], | Case No. 23-50240 |
| | Chapter 11 Subchapter V |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |

## STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE UNITED STATES OF AMERICA TO FILE § 523 COMPLAINT

Debtors Michigan Medical Group. P.C. and Dr. Najam Syed, by and through their attorney, Ernest M. Hassan, III, and the United States of America, by and through its attorneys, United States Attorney Dawn N. Ison and Assistant United States Attorney Gregory B. Dickinson, hereby stipulate to entry of an order further extending the United States' time to file a complaint seeking an exception to discharge pursuant to 11 U.S.C. § 523 to May 17, 2024.

|  |  |
|---|---|
| | DAWN N. ISON |
| | United States Attorney |
| /s/ Ernest M. Hassan, III | /s/Gregory B. Dickinson |
| Ernest M. Hassan, III (P67815) | Gregory B. Dickinson |
| Attorney for Debtor | Assistant United States Attorney |
| Stevenson Bullock, P.L.L.C. | 211 W. Fort St., Ste. 2001 |
| 26100 American Drive, Suite 500 | Detroit, MI 48226 |
| Southfield, MI 48034 | Phone: (313) 226-9610 |
| Phone: (248) 354-7906 | Email: Gregory.dickinson@usdoj.gov |
| Email: ehassan@sbplclaw.com | (Ill. Bar 6326817) |
| Dated: May 3, 2024 | Dated: May 3, 2024 |

---

[1] The Debtors in these jointly administered cases include Michigan Medical Group, P.C. (Bankr. Case No. 23-50240) and Najam Syed (Bankr. Case No. 23- 50241).

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: Michigan Medical Group. P.C.[1],        Case No. 23-50240
                                                                          Chapter 11 Subchapter V
                              Debtor.                   Hon. Mark A. Randon
_____/

## ORDER FURTHER EXTENDING TIME FOR THE
## UNITED STATES OF AMERICA TO FILE § 523 COMPLAINT

Debtors Michigan Medical Group. P.C. and Dr. Najam Syed, and the United States, by their respective counsels, having stipulated to entry of an order further extending time for the United States to file a complaint seeking an exception to discharge pursuant to 11 U.S.C. § 523 to May 17, 2024;

IT IS HEREBY ORDERED that the deadline for the United States to file a § 523 complaint is extended to May 17, 2024.

---

[1] The Debtors in these jointly administered cases include Michigan Medical Group, P.C. (Bankr. Case No. 23-50240) and Najam Syed (Bankr. Case No. 23- 50241).