**IN THE MATTER OF:**

Michigan Medical Group, P.C.[1],

Debtor.

Case No. 23-50240-mar
Hon. Mark A. Randon
Chapter 11
*Subchapter V*

## ORDER APPROVING COMPROMISE OF CLAIMS OF UNITED STATES OF AMERICA AND THE SETTLEMENT AGREEMENT INCLUDING FULL AND FINAL RELEASE OF DEBTORS

This matter came before the Court upon the *Motion for Entry of Order Approving Compromise of Claims of Untied States of America and the Settlement Agreement Including Full and Final Release of Debtors* (the "Motion") filed on behalf of the Michigan Medical Group, P.C. and Najam Syed (collectively, "*Debtors*")  The Motion and related notice to creditors were served on all parties on the matrix of creditors and the U.S. Trustee.  No objections to the Motion were timely filed and served.  The Court finds the relief requested is in the best interest of the bankruptcy estate, creditors, and other parties in interest.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(1) and 1334.  This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(B) and 157(b)(2)(H).  Venue of this proceeding and the Motion in this District is proper

---

[1] The Debtors in these jointly administered cases include Michigan Medical Group, P.C. (Bankr. Case No. 23-50240) and Najam Syed (Bankr. Case No. 23-50241).

pursuant to 28 U.S.C. §§ 1408 and 1409. This Court is otherwise duly advised in the premises.

IT IS HEREBY ORDERED as follows:

1.  The Motion is granted.

2.  The Debtor is authorizing to enter into the Stipulated Order Approving Settlement and Dismissing Adversary proceeding attached to the Motion as Exhibit 2.

3.  This Court retains jurisdiction to interpret and enforce this Order.

4.  Notwithstanding the provisions of Rule 62(a) of the Federal Rules of Civil Procedure and/or any other applicable rule or statutory provision, this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry hereof.

**Signed on February 23, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**